**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

MARILU MANSO,

      Plaintiff,

v.

THE TOWN OF MIAMI LAKES,
a municipal Subdivision of the State of Florida,

      Defendant.

_____/

## NOTICE OF REMOVAL

COMES NOW, Defendant, THE TOWN OF MIAMI LAKES, (the "Town" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1343, 1367, 1441, 1446, and 1447, hereby gives notice of the removal of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2016-001425-CA-01 (the "Action"), to the United States District Court for the Southern District of Florida, Miami Division. As grounds for removal, the Town states as follows:

### I.    Nature of the Action

1.    On January 15, 2016, Plaintiff, MARILU MANSO ("Plaintiff") commenced this Action by filing a Complaint against the Town purporting to assert the following causes of action:

Count I – Disability Discrimination in Violation of the ADA;

Count II – Disability Discrimination in Violation of the FCRA;

Count III – Retaliation in Violation of the FCRA;

Count IV – Retaliation in Violation of the ADA;

Count V – Retaliation under the FWA; and

Count VI – Retaliation under the FMLA

(the "Complaint"). A true and correct copy of the Complaint and the complete state court file concerning the Action are attached hereto as **Exhibit A**.

## II.    Basis for Removal

2.    The Action is properly removable pursuant to 28 U.S.C. § 1441(a), which provides:

> Except as otherwise expressly provided by an Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

3.    Additionally, pursuant to 28 U.S.C. § 1441(a), this Court is the proper forum for removal of the action because it is the Federal Court for the district and division embracing the place where the state court suit is pending.

4.    Removal is based on federal question jurisdiction and supplemental jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343, 1441(a), and 1367(a) because Plaintiff has pled claims purportedly arising under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111, *et seq.* ("ADA"), the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* ("FMLA"), the Florida Civil Rights Act of 1992, Chapter 760, *et seq.* ("FCRA"), and Florida's Private Whistleblower's Act, § 448.101, Florida Statutes ("FWA"). *See* Compl. at ¶¶ 1-2.

5.    This Court maintains original jurisdiction over Plaintiff's purported claims arising under the ADA and FMLA. *See* 28 U.S.C § 1331. This Court maintains supplemental jurisdiction over Plaintiff's purported claims arising under the FCRA and FWA as they form a

part of the same case or controversy for which this Court maintains original jurisdiction. *See* 28 U.S.C § 1367(a).

### III.     Timeliness of Removal

6.     The Town was served on January 27, 2016 as indicated by the Return of Service filed by Plaintiff and incorporated within **Exhibit A.** Accordingly, this Notice of Removal is timely as it is being filed and served with 30 days after the Town was served. *See* 28 U.S.C. § 1446(b).

### IV.     Pleadings, Process, and Notice of Removal to State Court

7.     Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings, papers, and orders served upon the Town in this Action are attached to this Notice of Removal as **Exhibit A.**

8.     In accordance 28 U.S.C. § 1446(d), Plaintiff is being provided with written notice of the filing of this Notice of Removal.

9.     In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

10.     By filing this Notice of Removal, the Town does not intend to waive any available defenses; and no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

### V.     Conclusion

11.     Removal is proper because this matter falls within this Court original federal question jurisdiction and supplemental jurisdiction. This removal is timely being made to the United States District Court for the Southern District of Florida, which embraces the location where the Action is pending. The Town, having met all procedural requisites for removal and

having paid the appropriate filing fee, respectfully requests that this Court take jurisdiction over this matter and conduct all further proceedings.

**WHEREFORE,** Defendant, the Town of Miami Lakes, hereby removes this case from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, and respectfully requests that the Court exercise jurisdiction over this matter and proceed with resolution of this case as if it had been originally filed herein.

Dated this 16th day of February, 2016.

LYDECKER | DIAZ
Attorneys for *Defendant*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190

By: /s/ Margaret H. Mevers
    Margaret H. Mevers, Esq.
    Florida Bar Number: 726184
    mhm@lydeckerdiaz.com
    Laselve E. Harrison, Esq.
    Florida Bar Number: 112537
    leh@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2016, a true and accurate copy of the foregoing was filed with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the forgoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties on the Service List below.

By: /s/ Margaret H. Mevers
Margaret H. Mevers, Esq.
Florida Bar No.: 726184

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Fascimile: 305-416-5005
Florida Bar No.: 533637
*Counsel for Plaintiff*
agp@rgpattorneys.com